| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GAUVEY, SUSAN K. | 2. Court or Organization<br><br>U.S.D.C. MARYLAND | 3. Date of Report<br><br>08/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (FT) | **5a. Report Type (check appropriate type)**<br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>**5b.** ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>07/13/2014 |

**7. Chambers or Office Address**

8-D U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Free State Legal Project, Inc. non-profit |
| 2. | Director | The Tuerk House Inc. non-profit |
| 3. | Director | Enoch Pratt Free Library, non-profit |
| 4. | Director | Historical Society for the United States District Court for the District of Maryland, non-profit |
| 5. | Director | Job Opportunities Task Force, non-profit |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013/2014 | Maryland State Retirement Pension | $6,278.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Johns Hopkins University: academic physician |
| 2. | 2013/2014 | Johns Hopkins University Press, Baltimore, MD: royalties for writing |
| 3. | 2014 | King Saud University: Teaching |
| 4. | 2013 | Michigan State University: Teaching |
| 5. | 2013 | Harvard University: Teaching |
| 6. | 2013/2014 | Wolters Kluwer Health, Inc.: Royalties for writing |
| 7. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Realty, Inc. (real estate ltd. partnership) | A | Interest | | | Distributed | 12/31/13 | J | | |
| 2. Johns Hopkins Fed. Credit Union interest bearing accounts | A | Interest | K | T | | | | | |
| 3. Pepsico, Inc. common stock | A | Dividend | K | T | | | | | |
| 4. Proctor & Gamble common stock | D | Dividend | M | T | Buy (add'l) | 03/28/13 | J | | |
| 5. Smuckers JM Co. | A | Dividend | J | T | | | | | |
| 6. Prudential Stable Value Guaranteed Income Fund NQ Def Comp | | None | K | T | | | | | |
| 7. Fidelity Equity Income Fund 403(b) plan | B | Int./Div. | M | T | | | | | |
| 8. Spartan US Equity Index Fund 403(b) plan | B | Int./Div. | M | T | | | | | |
| 9. Fidelity Cash Reserve 403(b) plan | A | Int./Div. | | | Sold | 05/23/14 | K | | |
| 10. Fidelity US Government Reserve 403(b) plan | A | Int./Div. | K | T | | | | | |
| 11. TIAA Traditional Acct 403(b) | D | Interest | N | T | | | | | |
| 12. USAA Subscribers Savings Account | C | Dividend | J | T | | | | | |
| 13. PNC Savings Accounts | A | Interest | K | T | | | | | |
| 14. American Express Bank Savings Account | A | Interest | K | T | | | | | |
| 15. PNC Financial Services Group (X) | A | Dividend | J | T | | | | | |
| 16. American Funds American Mutual Fund Cl F-1 | D | Dividend | M | T | Sold (part) | 03/14/13 | J | | |
| 17. American Funds Bond Fund of America Cl F-1 | B | Dividend | | | Buy (add'l) | 03/14/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/15/13 | M | | |
| 19. | | | | | Sold | 04/15/13 | K | | |
| 20. American Funds Capital World Growth & Income Fund Cl F1 | C | Dividend | M | T | Sold (part) | 03/14/13 | J | | |
| 21. American Funds Growth Fund of America Fund Cl F1 | E | Dividend | N | T | Sold (part) | 03/14/13 | J | | |
| 22. | | | | | Sold (part) | 07/12/13 | J | | |
| 23. | | | | | Sold (part) | 08/02/13 | K | | |
| 24. Columbia Acorn Fund Cl Z | D | Dividend | M | T | | | | | |
| 25. Columbia Dividend Income Fund Cl Z | D | Dividend | M | T | Sold (part) | 07/12/13 | J | | |
| 26. | | | | | Sold (part) | 08/02/13 | K | | |
| 27. Franklin Templeton Hard Currency Fund Cl A | | None | L | T | Buy (add'l) | 07/12/13 | J | | |
| 28. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 29. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 30. Oppenheimer Developing Markets Fund Cl A | A | Dividend | M | T | | | | | |
| 31. Oppenheimer Global Fund Cl A | C | Dividend | M | T | Sold (part) | 03/14/13 | J | | |
| 32. | | | | | | | | | |
| 33. Pimco Foreign Bond (Unhedged) Fund Cl D | A | Dividend | | | Buy (add'l) | 02/27/13 | J | | |
| 34. | | | | | Buy (add'l) | 03/14/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/15/13 | K | | |
| 36. | | | | | Sold | 04/15/13 | M | | |
| 37. Pimco Total Return Fund Cl D | D | Dividend | M | T | Buy (add'l) | 02/27/13 | J | | |
| 38. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 39. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 40. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 41. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 42. Prudential Jennison Natural Resources A | | None | M | T | | | | | |
| 43. First TN Ntwk (Bank Sweep) (Y) | | | | | | | | | |
| 44. Bank of China (Bank Sweep) (Y) | | | | | | | | | |
| 45. Goldman Sachs Bank (Bank Sweep) (Y) | | | | | | | | | |
| 46. Bank of the West (Bank Sweep) (Y) | | | | | | | | | |
| 47. East West Bank (Bank Sweep) (Y) | | | | | | | | | |
| 48. NY Community (Bank Sweep) (Y) | | | | | | | | | |
| 49. Franklin Templeton Global Total Return A | D | Dividend | N | T | Buy | 04/16/13 | K | | |
| 50. | | | | | Buy (add'l) | 04/16/13 | M | | |
| 51. | | | | | Buy (add'l) | 07/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/02/13 | K | | |
| 53. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 54. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 55. Pimco Low Duration Fund C1 | B | Dividend | M | T | Buy | 04/15/13 | K | | |
| 56. | | | | | Buy (add'l) | 04/15/13 | M | | |
| 57. | | | | | Sold (part) | 08/02/13 | J | | |
| 58. Commonwealth Financial Network (Bank sweep) (See Part VIII) | A | Interest | K | T | Open | 01/02/13 | J | | |
| 59. Fidelity Diversified International Fund | | None | K | T | Buy | 05/23/14 | K | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 08/04/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

On the prior year report, a master money market bank sweep account was listed using the six (6) individual participating banks. On the current year report, there would be twenty (20) participating banks if listed individually. Based on the instructions for bank accounts, none would qualify for disclosure due to income and value criteria. However, the master account would qualify by itself. Based on that fact, we called an examiner on July 10, 2014, and she agreed with our conclusion. The assets in question are items 49; 51; 52; 53; 54; and 55, and are coded with a parenthetical (Y) to remove them. The new asset is listed as item 58, Commonwealth Financial Network, and correctly discloses my interest.

In Part VII, Investments and Trusts, Lines 6; 27; and 42, reflect securities that have no income. These securities do not produce any income taxable or otherwise.

Part VII, Line 15, PNC Financial Services Group: This security was coded with a parenthetical Y on Line 18 on the 2012 Annual Report because the income and end of year value dropped below the reporting requirement. On the current year report, we coded this security with a parenthetical X to call attention to the fact that it is now a reportable transaction because the end of period value is now over $1,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN K. GAUVEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544